IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR48 |
| | ) | |
| QUENTIN L. BROOKS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

     Before the Court is defendant's Motion to Modify Pretrial Release Conditions [16] requesting permission to attend family reunions. Pretrial Services does not object to the proposed travel. After careful consideration, I find the motion should be granted.

     IT IS ORDERED that the Motion to Modify Pretrial Release Conditions [16] is granted. The defendant shall coordinate travel plans with Pretrial Services and follow any directions given by them.

     DATED this 15th day of June, 2005.

                                                     BY THE COURT:

                                                     s/ F.A. Gossett
                                                     United States Magistrate Judge